UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **JOSEPH MILLER,**<br><br>   Plaintiff<br><br>v.<br><br>**SOR SCHOOLS III, LLC, ET AL.**<br><br>   Defendants | **Case No.  1:20-cv-02950-ELH** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

All parties, by and through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that any and all claims in the above-captioned case be and hereby are **DISMISSED WITH PREJUDICE**.

| | |
|---|---|
| */s/Stephen M. Cornelius* | */s/James M. Ray, II* (w. permission / SMC) |
| Stephen M. Cornelius (Bar No. 29975) | James M. Ray, II (Bar No. 012773) |
| ECCLESTON & WOLF, P.C. | RAY LEGAL GROUP, LLC |
| Baltimore-Washington Law Center | 8720 Georgia Ave., Suite 803 |
| 7240 Parkway Drive, 4th Floor | Silver Spring, Maryland 20910 |
| Hanover, MD 21076-1378 | (301) 755-5656 |
| (410) 752-7474 (phone) | (301) 755-5627 (fax) |
| (410) 752-0611 (fax) | E-mail: jim.ray@raylegalgroup.com |
| E-mail: cornelius@ewmd.com | *Attorney for Plaintiff* |
| *Attorney for  Defendants* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of January, 2021, copies the foregoing Stipulation of Dismissal with Prejudice were served via the Court's CM/ECF filing system to:

>James M. Ray, II, Esq.
>Ray Legal Group, LLC
>8720 Georgia Avenue, Suite 803
>Silver Spring, Maryland 20910
>*Attorneys for Plaintiff*

>*/s/Stephen M. Cornelius*
>Stephen M. Cornelius (Bar No. 29975)